UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>) CRIMINAL NO. 10 CR 10085 RGS<br>) |
| v. | ) |
| ELIEZER GONZALEZ, | )<br>) |
| Defendant. | )<br>) |

**GOVERNMENT'S VICTIM LIST**

The Government identifies the victims in the above entitled matter as:

1. City of Boston;

2. Colonial Life & Accident Insurance Company.

Respectfully submitted,

CARMEN M. ORTIZ
United States Attorney

Dated: 3/23/10

By: /s/ Eugenia M. Carris
Eugenia M. Carris
Assistant U.S. Attorney